UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IMRE KIFOR,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br><br>　　　　Defendants. | C.A. No. 23-12692-PBS |

## ORDER OF DISMISSAL

SARIS, D.J.

　　In accordance with the Court's Memorandum and Order dated December 21, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

　　　　　　　　　　　　　　　　ROBERT M. FARRELL
　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: 12/21/2023　　　　　　　By /s/ Maryellen Molloy
　　　　　　　　　　　　　　　　　　Deputy Clerk