# United States Court of Appeals
## For the First Circuit

No. 24-1075

IMRE KIFOR,

Plaintiff - Appellant,

v.

THE COMMONWEALTH OF MASSACHUSETTS; GOVERNOR MAURA HEALEY, official capacity; ATTORNEY GENERAL ANDREA CAMPBELL, official capacity; COMMISSIONER GEOFFREY E. SNYDER, official capacity; DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION; MIDDLESEX PROBATE AND FAMILY COURT; LIFESTANCE HEALTH, f/k/a The Counseling Center of New England; ATRIUS HEALTH; BARBARA A. DUCHESNE; CYNTHIA S. OULTON,

Defendants - Appellees.

Before

Barron, *Chief Judge*,
Gelpí and Aframe, *Circuit Judges*.

**JUDGMENT**

Entered: November 19, 2024

    Appellant Imre Kifor appeals pro se from a judgment in the District Court for the District of Massachusetts and from an order denying reconsideration under Federal Rule of Appellate Procedure 59(e). We have jurisdiction under 28 U.S.C. § 1291.

    Appellee The Counseling Center of New England has filed a motion for summary disposition. Appellant has filed his opening brief, and briefing is complete. Appellant also has made numerous other filings.

    Our review of the dismissal of the complaint is de novo. See Núñez Colón v. Toledo-Dávila, 648 F.3d 15, 19 (1st Cir. 2011). We review the denial of Appellant's post-judgment Rule 59(e) motion for abuse of discretion. See Perez v. Lorraine Enters., Inc., 769 F.3d 23, 28 (1st Cir. 2014).

In light of his pro se status, we read Appellant's arguments and filings liberally. See Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam). After a careful review of the arguments raised by Appellant in his opening brief, we can discern no compelling argument for any reversible error or abuse of discretion.

The motion for summary disposition is **GRANTED**. Any remaining pending motions or requests for relief by Appellant, to the extent not mooted by the foregoing, are **DENIED**. The judgment of the district court is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Imre Kifor
Katherine B. Dirks
Wesley S. Chused
Daniel R. Sonneborn
John P. Puleo